Law Offices
Lawrence D. Gerzog
The Woolworth Building
233 Broadway, Suite 2707
New York, New York 10279
(212) 486-3003

September 16, 2013

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:    United States v. Kushtrim Abazaga,           ,
                       Criminal Docket No. 11-486 (DLI)

Dear Judge Turton:

      This letter is submitted as Kushtrim Abazaga's First Motion to Adjourn sentencing, from October 2, 2013 to a day during the week of November 4, 2013.  The government consents to this request.

      The adjournment is necessary to fully prepare Mr. Abazaga's sentencing submission, including letters of support from family, relatives and friends, and to continue to explore the possibility of obtaining a psychological report about Mr. Abazaga.

                        Respectfully yours,

                        /s/ Lawrence D. Gerzog

                        Lawrence D. Gerzog

cc.:    Steven Tiscione, Esq.