UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------x

UNITED STATES OF AMERICA,

       - against -

KUSHTRIM ABAZAGA,

             Defendant.

----------------------------------------------------------x

NOTICE OF APPEAL

11 CR 486 (DLI)

       PLEASE TAKE NOTICE that KUSHTRIM ABAZAGA appeals from each and every part of the Judgment of Conviction entered against him in this case on December 10, 2013.

Dated: New York, New York
       December 10, 2013

/s/ Lawrence D. Gerzog
LAWRENCE D. GERZOG
233 Broadway, Suite 2707
New York, New York 10279
(212) 486-3003
(212) 732-8486 (fax)

To:   Office of the U.S. Attorney
       Eastern District of New York
       271 Cadman Plaza East
       Brooklyn, NY 11201